Michael W. Collins, State Bar# 197829
**Law Offices of Collins & Lamore**
**Attorneys at Law**
8 Whatney
Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Lisa B. Kelsaw & Audrey Kelsaw, <br><br> Plaintiff, <br><br> vs. <br><br> THE PERRY LAW FIRM, A PROFESSIONAL CORPORATION; MICHELLE ANN HOSKINSON, and Does 1 -10, <br><br> Defendant | Case No.: 8:15-cv-00438-JLS (JPRx) <br><br> **Notice of Settlement of Entire Action** <br><br> Ctrm: C10 <br> Judge: Hon. Josephine L. Staton |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and Plaintiff will file a notice of voluntary dismissal, with prejudice, on or before August 30, 2015.

In light of the settlement, the Plaintiff respectfully requests that the court vacate all future hearing dates or other actions in this case, if any.

DATED: 7/30/15,                         Law Offices of Collins & Lamore

_____
Michael W. Collins
Attorney for Plaintiff

Notice of Settlement - 1